**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Georgia__
(State)

Case number (*If known*): _____  Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ■ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Eckardt Group, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   3690   North Peachtree Road
   Number   Street

   Atlanta                           GA      30341
   City                              State   ZIP Code

   DeKalb
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City   State   ZIP Code

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  **Eckardt Group, LLC**  Case number (if known)_____
_____
Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>❑ Partnership (excluding LLP)<br>❑ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:*<br>❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑ Railroad (as defined in 11 U.S.C. § 101(44))<br>❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the types of business listed.<br>❑ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ■ No<br>❑ Yes. Debtor _____  Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>MM / DD / YYYY<br><br>Debtor _____  Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>MM / DD / YYYY |

| **Part 3:** | **Report About the Case** |
|---|---|

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:*<br>■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>❑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br>■ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>❑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ■ No<br>❑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor  **Eckardt Group, LLC**
Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Duffey Southeast, Inc. | account | $ 4,421,246.19 |
| B&S Electric Supply Co., Inc. | account | $ 5,021,495.12 |
| Alliance Fire Protection Services, Inc. | account | $ 201,187.02 |
| | Total of petitioners' claims | $ 9,643,928.33 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Duffey Southeast, Inc.
Name

P.O. Box 108
Number  Street

Cedartown   GA   30125
City   State   ZIP Code

Name and mailing address of petitioner's representative, if any

Robert Darrin Kines, COO
Name

380  Dahlonega Street, Suite 200
Number  Street

Cumming   GA   30040
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/12/2023

✗  /s/Robert Darrin Kines
Signature of petitioner or representative, including representative's title

**Attorneys**

Louis G. McBryan
Printed name

McBRYAN, LLC
Firm name, if any

6849  Peachtree Dunwoody Road, Building B-3, Suite 100
Number  Street

Atlanta   GA   30328
City   State   ZIP Code

Contact phone  678-733-9322   Email  lmcbryan@mcbryanlaw.com

Bar number  480993

State  GA

✗  /s/Louis G. McBryan
Signature of attorney

Date signed  05/19/2023
MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 3

Debtor  **Eckardt Group, LLC**
Name

Case number (*if known*) _____

---

**Name and mailing address of petitioner**

Alliance Fire Protection Services, Inc.
Name

P.O.    Box 1798
Number  Street

Loganville      GA      30052
City            State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Ronda Parks, CEO
Name

P.O.    Box 1798
Number  Street

Loganville      GA      30052
City            State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/10/2023

✗    /s/Ronda Parks
Signature of petitioner or representative, including representative's title

---

Louis G. McBryan
Printed name

McBRYAN, LLC
Firm name, if any

6849    Peachtree Dunwoody, Building B-3, Suite 100
Number  Street

Atlanta         GA      30328
City            State   ZIP Code

Contact phone  678-733-9322    Email  lmcbryan@mcbryanlaw.com

Bar number     480993

State   GA

✗    /s/Louis G. McBryan
Signature of attorney

Date signed    05/19/2023
MM / DD / YYYY

---

**Name and mailing address of petitioner**

B&S Electric Supply Co., Inc.
Name

4505    Mills Place SW
Number  Street

Atlanta         GA      30336
City            State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Clarence Robie, CEO
Name

4505    Mills Place SW
Number  Street

Atlanta         GA      30336
City            State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/16/2023

✗    /s/Clarence Robie
Signature of petitioner or representative, including representative's title

---

Benjamin Rachelson
Printed name

Adams & Reese, LLP
Firm name, if any

3424    Peachtree Road NE, Suite 1600
Number  Street

Atlanta         GA      30326
City            State   ZIP Code

Contact phone  470-427-3703    Email  Benjamin.Rachelson@arlaw.com

Bar number     558570

State   GA

✗    /s/Benjamin Rachelson
Signature of attorney

Date signed    05/19/2023
MM / DD / YYYY

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 4