# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: )
)
ECKARDT GROUP, LLC ) CHAPTER 7
)
)  CASE NO. 23-54729
Debtor. )
)

## STATEMENT OF CORPORATE OWNERSHIP

I, Ronda Parks, Chief Operating Officer of Alliance Fire Protection Services, Inc., named as Petitioning Creditor in the above-captioned case, hereby state pursuant to Fed. R. Bankr. P. 7007.1 that no corporation directly or indirectly owns 10% or more of any class of Alliance Fire Protection Services, Inc.

Date: 05/19/23            Signature: _____
                                     Ronda Parks

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )
)
ECKARDT GROUP, LLC ) CHAPTER 7
)
) CASE NO. 23-54729
Debtor. )
)

### STATEMENT OF CORPORATE OWNERSHIP

I, Robert Darrin Kines, Chief Operating Officer of Duffey Southeast, Inc., named as Petitioning Creditor in the above-captioned case, hereby state pursuant to Fed. R. Bankr. P. 7007.1 that Duffey SE, Inc. is owned 100% by Duffey Holdings, Inc., and Duffey Holdings, Inc. is not owned by any other entities.

Date: MAY 18, 2023          Signature: _Robert Darrin Kines_
                                        Robert Darrin Kines, COO

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| ECKARDT GROUP, LLC ) | |
| ) | CASE NO. 23-54729 |
| Debtor. ) | |
| ) | |

**STATEMENT OF CORPORATE OWNERSHIP**

I, Clarence Robie, Chief Executive Officer of B&S Electric Supply Co., Inc., named as Petitioning Creditor in the above-captioned case, hereby state pursuant to Fed. R. Bankr. P. 7007.1 that no corporation directly or indirectly owns 10% or more of any class of B&S Electric Supply Co., Inc.

Date: 05/19/23     Signature: /s/Clarence Robie
                              Clarence Robie