IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| ECKARDT GROUP, LLC, | ) | |
| | ) | CASE NO. 23-54729 |
| Debtor. | ) | |

NOTICE OF FILING LIST OF CREDITORS

COMES NOW ECKARDT GROUP LLC and, in accordance with Fed. R. Bankr. P. 1007(a)(2), files the attached list containing the names and addresses of creditors and parties in interest.

This the 4th day of August, 2023.

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar 125518
jchristy@swfllp.com
JONATHAN A. AKINS
Georgia Bar No. 472453
jakins@swfllp.com

Attorneys for Debtor

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046

# EXHIBIT "A"

1Electric LLC
PO Box 13657
Atlanta GA 30324

AAA DIGITAL REPROGRAPHICS INC
5706 NEW PEACHTREE RD
CHAMBLEE, GA 30341

ABC CUTTING CONTRACTORS OF AM
4864 CLARK HOWELL HWY
COLLEGE PARK, GA 30349

Ace Technologies, LLC
7428 Sonny Rogers Memorial Dr.
Hahira, GA 31632

ACOUSTI DOORS & SPEC LLC
3400 TOWN POINT DRIVE STE. 110
Kennesaw, GA 30144

A-DERRICK, INC.
2689 MOUNTAIN IND'L BLVD SUITE C
TUCKER, GA 30084

ADI
263 Old Country Rd
Melville, NY 11747

ADVANCE SUPPLY
5953 PEACHTREE INDUSTRIAL BLVD
NORCROSS, GA 30092

ADVANCED ACCESS PRODUCTS
3619 Shallowford Rd NE
 Doraville, GA 30340

AHA CONSULTING ENGINEERS, INC
3700 Mansell Rd #200
Alpharetta, GA 30022

ALABAMA POWER
P. O. Box 242
Birmingham, AL 35292

ALLIANCE FIRE PROTECTION SERV
6100 GA HWY 20
PO BOX 1798
Loganville, GA 30052

ALLOY NETWORKS, INC
1565 CARL BETHLEHEM RD.
AUBURN, GA 30011

ANIXTER, INC.
2301 PATRIOT BLVD
GLENVIEW, IL 60026

ARROW WASTE
4039 Bonsal Rd
Conley, GA 30288

ATLANTA HYDROVAC, LLC
1441 Dupree Rd
Austell, GA 30106

B&D CONCRETE CUTTING, INC
6215 PURDUE DRIVE
ATLANTA, GA 30336

B&S ELECTRIC SUPPLY CO, Inc.
4505 MILLS PLACE, S.W.
ATLANTA, GA 30336-5769

BABB BORING
315 Kelley Rd
Brooks, GA 30205

BADGER DAYLIGHTING CORP
8930 MOTORSPORTS WAY
Brownsburg, IN 46112

BARBIZON ATLANTA
1483D CHATTAHOOCHEE AVE. NW
Atlanta, GA 30318

BASESIX SYSTEMS LLC
2053 Franklin Way
Marietta, GA 30067

BIC SWITCHGEAR SERVICES, INC.
2804 5TH AVENUE SOUTH
P.O. BOX 101174
IRONDALE, AL 35210

Binary Contracting Inc
180 Walter Way # 110
Fayetteville, GA 30214

Blood Hound, LLC
750 Patrick Place
Brownsburg, IN 46112

Blue Hat Crane& Equip. Rentals
630 Highway 211 NE
Winder, GA 30680

BONDED LIGHTNING PROTECTION SYSTEMS LTD
122 LEESLEY LANE
ARGYLE, TX 76226

BRASINGTON BAILEY CONSTRUCTION
920 N TENNESSEE ST SUITE E
Cartersville, GA 30120

BUFORD PRINTING INC
1707 Enterprise Dr
Buford, GA, 30518

C & D ENGRAVERS
781 TEMPLETON DRIVE
LOGANVILLE, GA 30052

C & S ENGRAVING
1964 OLD MILL ROAD
BALL GROUND, GA 30107

Cam Atlanta Professional Services INC
3445 Sweetbriar Ln
Powder Springs, GA 30127

Chaparral Insulation Company
3021 Sandy Parkway, Building 2-P
Columbus, Georgia 31909

CITY ELECTRIC SUPPLY CO.
2589 OSCAR JOHNSON DRIVE
NORTH CHARLESTON, SC 29405

Concrete Supply Co., Inc.
205 Georgia Ave W
Fayetteville, GA 30214

CONVERGINT TECHNOLOGIES LLC
1555 OAKBROOK DRIVE STE 165
NORCROSS, GA 30093

Cornatzer & Associates, Inc.
6720 Whitmire Rd
Cumming, GA, 30028

Cummins Inc.
5128 Hwy 85
ATLANTA, GA 30349

DATA CENTER SYSTEMS
1881 Valley View Lane
DALLAS, TX 75234

DENNIS TAYLOR AND COMPANY INC
1420 Oakland Road
Lawrenceville, GA 30044

DIXIE CONSTRUCTION PRODUCTS
970 HUFF ROAD NW
ATLANTA, GA 30318

ELECTRICAL TESTING SERVICES
1330 MACLAND ROAD
Dallas, GA 30132

ELECTRICAL TESTING, INC.
2671 CEDARTOWN HIGHWAY
Rome, GA 30161

ELLIOT ELECTRIC SUPPLY
PO BOX 630610
Nacogdoches, TX 75963

EMA INC. CORPORATE HEADQUARTER
5220 LANGFORD PARK DRIVE SUITE A
NORCROSS, GA 30071

Escoe Industrial Contractors
650 Olympic Dr
Athens, GA 30601

ESSE LLC
2490 WEAVER WAY
ATLANTA, GA 30340

Expeditor Systems, Inc.
4090 Nine McFarland Dr
Alpharetta, GA 30004

G.F.I.
3402 Florence Circle
Powder Springs, GA 30127

Georgia Firestop Inc.
3402 Florence Cir
Powder Springs, GA 30127

GEORGIA POLE BASES INC.
P.O. BOX 6387
DOUGLASVILLE, GA 30154

GEORGIA RIGGING CRANE & MACHIN
8165 Gullatt Rd.
Palmetto, GA 30268

Georgia Underground & Supply
5158-G Kennedy Rd
Forest Park, GA 30297

GRAINGER
DEPT 800497661
PALATINE, IL 60038-0001

5

GRAYBAR ELECTRIC CO
P O BOX 403052
ATLANTA, GA 30384-3052

GREAT AMERICA LEASING CORP.
PO BOX 660831
DALLAS, TX 75266-0831

HEPACO, LLC
2275 Tucker Industrial Rd
Tucker, GA 30084

HESCO
6915 N.E. EXPRESSWAY
DORAVILLE, GA 30340

HILTI, INC
PO BOX 382002
PITTSBURGH, PA 15250

HOME DEPOT CREDIT SERVICES
Dept 32-2502523214
P.O. Box 9055
Des Moines, IA 50368-9055

HOOD-PATTERSON & DEWAR
850 CENTER WAY
NORCROSS, GA 30071

IBEW LU 1316
1046 Patterson St
Macon, GA 31204

INFOMART
1582 TERRELL MILL RD, SE
MARIETTA, GA 30067-6048

INSPECTION SERVICES
109 HERITAGE LANE
SPRINGVILLE, AL 35146

JACKSON ELECTRIC MEMBERSHIP CO
850 Commerce Rd
Jefferson, GA 30549

6

JERRY L JOHNSON & ASSOCIATES
6499 MT ZION BLVD
MORROW, GA 30260

JOHNSON CONTROLS FIRE PROTECTION LP
1350 NORTHMEADOW PKWY STE 100
Roswell, GA 30076

Kind Sir Concrete, LLC
2179 Morris Ave
Tucker, GA 30084

LIETCH & SON INC
1520 DARBY FORD COURT
BALL GROUND, GA 30107

LOWE'S COMMERCIAL SERVICES
P.O. BOX 530954
ATLANTA, GA 530954

MAGID GLOVE AND SAFETY MANUFACTURING COMPANY LLC
1300 NAPERVILLE DR.
Romeoville, IL 60446

Martin Technical, Inc
1157 W Century Dr Suite 100
Louisville, CO 80027

MASON-MERCER
350 RABRO DR
Hauppauge, NY 11788

MAYER ELECTRIC SUPPLY CO
CORPORATE ACCOUNTS RECEIVABLE
3405 4TH AVE.
SOUTH BIRMINGHAM, AL 35222-2300

MC DEAN, Inc.
PO BOX 532232
Atlanta, GA 30353-2232

MCMASTER-CARR SUPPLY COMPANY
6100 FULTON INDUSTRIAL PARKWAY
ATLANTA, GA 30336

7

MEI Rigging & Crating, LLC
1133 Culpepper Dr SW
Conyers, GA 30094

METAL FABRICATORS INC.
1174 MCDONALD DR., SE
ATLANTA, GA 30315

METRO WIRE AND CABLE CO
6636 METROPOLITAN PARKWAY
STERLING HEIGHTS, MI 48312

MILLER WIRE WORKS, INC
7429 Georgia Rd
Birmingham, AL 35212

MITEC CONTROLS INC
2445 MEADOWBROOK PARKWAY
DULUTH, GA 30096-2565

MOBILE MINI, INC.
4646 East Van Buren St Suite 400
Phoenix, AZ 85008

MOORE WELD PROFESSIONAL
4406 Goolsby Rd
Monticello , GA , 31064

Multiband Global
1110 Allgood Industrial Ct NE
Marietta, GA 30066

N&N UTILITY LOCATING
862 Rock Hill Pkwy
Lithia Springs, GA 30122

NESCO LLC
303 Lake Meriwether Rd
Woodbu, GA

NEWTON ELECTRIC SUPPLY
PO BOX 2239
COVINGTON, GA 30015

NIXON POWER SERVICES COMPANY
155 FRANKLIN RD SUITE 255
BRENTWOOD, TN 37027

NorthStar Security, Inc.
3039 Amwiler Rd #116
Atlanta, GA 30360

OFFICE DEPOT
PO BOX 630813
CINCINNATI, OH 45263-0813

ONEPATH SYSTEMS, LLC
170 CHASTAIN MEADOWS CT.
Kennesaw, GA 30144

ORR PROTECTION SYSTEMS INC
1523 RELIABLE PARKWAY
CHICAGO, IL 60686

OUTSOURCE, LLC
5901 Peachtree Dunwoody Rd
Atlanta, GA, 30328

PDU CABLES
5401 SMETANA DRIVE
MINNETONKA, MN 55343

PERFORMANCE CONTRACTING INC.
140 ETOWAH TRACE
FAYETTEVILLE, GA 30214

POWERSOUTH TESTING LLC
240 PINE PITCH RD
Cedartown, GA 30125
PRIME POWER SERVICES
8225 TROON CIRCLE
AUSTELL, GA 30168

Pristine Cleaning Services of Georgia, LLC
400 Peachtree St. Suite 3909
Atlanta, GA 30308

9

PRO ACCESS SYSTEMS-GEORGIA
2129 NW PARKWAY, STE 129
MARIETTA, GA 30067

RAM TOOL AND SUPPLY COMPANY
PO BOX 320979
BIRMINGHAM, AL 35232

REEVES YOUNG
45 PEACHTREE INDUSTRIAL BLVD SUITE 200
Sugar Hill, GA 30518

REPRO PRODUCTS
4485 ATLANTA RD SE
Smyrna, GA 30080

RKB CORING LLC
2849 MEADOW DRIVE
MARIETTA, GA 30062

ROJOLI SERVICES
147 TECHNOLOGY PKWY
Norcross, GA 30092

SAFETY PRODUCTS, INC
PO BOX 1688
Eaton Park, FL 33840

SCHNEIDER ELECTRIC USA, INC.
21418 NETWORK PLACE
CHICAGO, IL 60673-1214

SIDNEY LEE INC
PO BOX 429
2247 HIGHWAY 41
Hampton, GA 30228

SIEMENS INDUSTRY, INC
1745 CORPORATE DRIVE, STE 240
NORCROSS, GA 30093

SOUTH WESTERN COMMUNICATIONS
70 CRESTRIDGE DR SUITE 100
SUWANEE, GA 30024

SOUTHEAST SCANNING & CORING
6410 ATLANTIC BLVD Suite 310
Norcross, GA 30071

SOUTHEASTERN SECURITY PROFESSIONALS, LLC
1780 CORPORATE DR. STE. 410
Norcross, GA 30093

SOUTHEASTERN TESTING LAB. INC.
PO BOX 149
BISHOP, GA 30621

Southern Electrical Resources,
4305 Lilburn Industrial Way SW
Lilburn, GA 30047

SOUTHERN HYDRO VAC, INC
4028 Lindley Road
Powder Springs, GA 30127

SPECTRUM BUSINESS
875 Lawrenceville-Suwanee Rd
Lawrenceville, GA 30043

SPINKS PRINTING CO INC
3048 NORTH DECATUR RD
SCOTTDALE, GA 30079

SPIRE
9040 Roswell Rd Suite 480
 Atlanta, GA 30350

SUNBELT RENTALS INC
2341 DEERFIELD DRIVE
Fort Mill, SC 29715

SUPERIOR RIGGING & ERECTING
3250 WOODSTOCK RD.
Atlanta, GA 30316

SUPPLIES UNLIMITED INC.
P.O. BOX 842
SCOTTDALE, GA 30079

Symphony Technology Solutions
1841 W Oak Pkwy F
Marietta, GA 30062

TAYLOR PALLETS OF GEORGIA
PO BOX 13109
ANDERSON, SC 29624

Taylors Iron Co., Inc.
1081 Industrial Dr
Watkinsville, GA 30677

THE HUNTINGTON NATIONAL BANK
P.O. Box 182519
Columbus, OH 43218-2519

TRINITY ENGINEERING GROUP PC
4430 CAIN ROAD
GILLSVILLE, GA 30543

ULINE
12575 ULINE DR
Pleasant Prairie, WI 53158

UNIFIED POWER
217 METRO DRIVE
TERRELL, TX 75160

UNITED ELECTRIC COMPANY
1270 KENNESTONE CIRCLE
Marietta, GA 30066

UNITED RENTALS
P O BOX 100711
ATLANTA, GA 30384-0711

US TOOL
4912 Old Louisville Rd
Garden City, GA 31408

VSD SERVICES COMPANY
240 VICARAGE COURT
ALPHARETTA, GA, 30005

Wachter, Inc
16001 WEST 99th STREET
Lenexa, KS 66219

WEX BANK
1 Hancock Street
Portland, ME USA 04101

WHITEHEAD ELECTRIC CO
5843 JACARANDA DRIVE
Mableton, GA 30126

WORKRIGHT, LLC
P.O. BOX 190
PENDERGRASS, GA 30567

WORLD ELECTRIC SUPPLY INC
7700 CONGRESS AVE STE 3109
Boca Raton, FL 33487

YANCEY POWER SYSTEMS
DRAWER CS 198757
ATLANTA, GA 30384-8757

YATES INSURANCE AGENCY, INC.
2800 CENTURY PARKWAY NE, SUITE 300
ATLANTA, GA 30345