**Fill in this information to identify the case:**

Debtor name ___Eckardt Group, LLC___

United States Bankruptcy Court for the: ___Northern___ District of ___Georgia___
(State)

Case number (If known): ___23-54729___

❑ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1. **Gross revenue from business**

   ❑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From _1/1/2023_ MM / DD / YYYY to Filing date | ❑ Operating a business Other _Debtor not in operation_ | $ _0_ |
   | **For prior year:** From _1/1/2022_ MM / DD / YYYY to _12/31/2022_ MM / DD / YYYY | ☒ Operating a business ☒ Other _collections_ | $ $58,701,541 thru Sept 2022, ceased operations on November 22, 2022 |
   | **For the year before that:** From _1/1/2021_ MM / DD / YYYY to _12/31/2021_ MM / DD / YYYY | ☒ Operating a business ❑ Other _____ | $ $83,176,461 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From _____ MM / DD / YYYY to Filing date | _____ | $_____ |
   | **For prior year:** From _____ MM / DD / YYYY to _____ MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** From _____ MM / DD / YYYY to _____ MM / DD / YYYY | _____ | $_____ |

Debtor     __Eckardt Group, LLC_____          Case number *(if known)*__**23-54729**_____
           Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name _____ Street _____ City        State    ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name _____ Street _____ City        State    ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | John Riley Stephens Insider's name Stone Gate Dr NE Street Atlanta        GA    30324 City        State    ZIP Code | 6/28/22 8/29/22 9/29/22 - payment made and returned on 9/30/22 | $ $200,000 | Repayment on $1,750,000 note. $100,000 paid 6/28/22, 8/29/22, 9/29/22 but 9/29/22 pament was returned |
| | **Relationship to debtor** Member, CEO | | | |
| 4.2 | Mark Smith on behalf of United Community Bank Insider's name 691 Wesley Dobbs Avenue SW Street Suite V142 Atlanta, Georgia 30312 City        State    ZIP Code | Please see attached sheet. | $ 331,451.20 | collections on accounts receivables |
| | **Relationship to debtor** Consultant | | | |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **2**

Debtor    Eckardt Group, LLC
_____
Name

Case number *(if known)* 23-54729
_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> City          State          ZIP Code | _____ <br> _____ <br> _____ | _____ | $_____ |
| 5.2. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> City          State          ZIP Code | _____ <br> _____ <br> _____ | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> City          State          ZIP Code | _____ <br> _____ <br><br> Last 4 digits of account number: XXXX– __ __ __ __ | _____ | $_____ |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. See attached sheet. <br> _____ <br><br> **Case number** <br> _____ | _____ | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City          State          ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. **Case title** <br> _____ <br><br> **Case number** <br> _____ | _____ | **Court or agency's name and address** <br> _____ <br> Name <br> _____ <br> Street <br> _____ <br> City          State          ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page **3**

Debtor    **Eckardt Group, LLC**                                   Case number *(if known)* ___23-54729___
_____
    Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| City        State        ZIP Code | **Case number** | Name |
| | | Street |
| | **Date of order or assignment** | City        State        ZIP Code |
| | | |

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name<br><br>Street<br><br>City        State        ZIP Code<br><br>**Recipient's relationship to debtor** | _____<br><br>_____ | _____ | $_____ |
| 9.2. _____<br>Recipient's name<br><br>Street<br><br>City        State        ZIP Code<br><br>**Recipient's relationship to debtor** | _____<br><br>_____ | _____ | $_____ |

---

**Part 5:**  **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| _____<br>_____ | _____ | _____ | $_____ |

---

| Debtor | Eckardt Group, LLC | Case number (if known) | 23-54729 |
|---|---|---|---|
| | Name | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Schreeder, Wheeler & Flint, LLP | | May 19, 2023 | $ 21,500 |
| | **Address** | | | |
| | 1100 Peachtree Street Suite 800 | | | |
| | Street | | | |
| | Atlanta, Georgia 30309 | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | swfllp.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | John Riley Stephens | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

| Debtor | Eckardt Group, LLC | Case number (*if known*) | 23-54729 |
|---|---|---|---|
| | Name | | |

---

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ Street | | | |
| _____ City   State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| **Who received transfer?** | _____ | _____ | $_____ |
| 13.2. _____ | _____ | | |
| **Address** | | | |
| _____ Street | | | |
| _____ City   State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

---

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❑ Does not apply

1280 Oakbrook Dr
Norcross, GA  30093

1911 Mountain Industrial
Tucker, GA  30084

| Address | Dates of occupancy |
|---|---|
| 14.1. 3690 N Peachtree Rd | From _____ To _____ |
| Street | |
| Chamblee   GA   30341 | Please see attached sheet. |
| City   State   ZIP Code | |
| 14.2. 2970 Brandywine Rd, Suite 100 | From _____ To _____ |
| Street | |
| Chamblee   GA   30341 | |
| City   State   ZIP Code | |

Debtor _____**Eckardt Group, LLC**_____    Case number *(if known)*_____**23-54729**_____
 Name

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City       State       ZIP Code | _____<br>_____ | *Check all that apply:*<br>❑ Electronically<br>❑ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City       State       ZIP Code | _____<br>_____ | *Check all that apply:*<br>❑ Electronically<br>❑ Paper |

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❑ No

❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.

❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

❑ No

❑ Yes

---

Debtor _____Eckardt Group, LLC_____     Case number *(if known)*_____**23-54729**_____
                    Name

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Public Storage Name 1755 Indian Trail Lilburn Rd NW Street Norcross    GA    30093 City    State    ZIP Code | Stephen Cary _____ _____ **Address** 115 Cartier Ct Roswell, GA  30076 | Historical financial records _____ _____ | ☐ No ☒ Yes |

---

Debtor    Eckardt Group, LLC
_____    Case number *(if known)*_____
          Name                                                                        **23-54729**

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | _____ | _____ | |
| City        State        ZIP Code | | | |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | Street | _____ | ☐ Concluded |
| | _____ | | |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ | _____ | _____ | |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

Debtor   __Eckardt Group, LLC_____     Case number *(if known)*__23-54729_____
        Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
   ☒ No
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____ | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___  ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____   To _____ |

---

Debtor    Eckardt Group, LLC
_____
          Name

Case number (*if known*)____23-54729_____

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br>_____<br>Street<br>_____<br>City          State          ZIP Code | From _____    To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name<br>_____<br>Street<br>_____<br>City          State          ZIP Code | From _____    To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Bennett Thrasher<br>Name<br>3300 Riverwood Pkwy #700<br>Street<br>Atlanta          GA          30339<br>City          State          ZIP Code | From 2020    To 2022 |

| Name and address | Dates of service |
|---|---|
| 26b.2. Wilson Lewis<br>Name<br>6650 Sugarloaf Parkway, Suite 900<br>Street<br>Duluth, Georgia 30097<br>City          State          ZIP Code | From 2013    To Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br>_____<br>Street<br>_____<br>City          State          ZIP Code | _____<br>_____<br>_____ |

Debtor    Eckardt Group, LLC
_____
Name

Case number (*if known*) 23-54729
_____

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City          State      ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | United Community Bank<br>_____<br>Name<br>2230 Riverside Parkway<br>_____<br>Street<br>Lawrenceville, Georgia 30043<br>_____<br>City          State      ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | Travelers Casualty and Surety Company of America<br>_____<br>Name<br>Street<br>One Tower Square S102A<br>Hartford, CT 06183<br>_____<br>City          State      ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City          State      ZIP Code |

Debtor ___Eckardt Group, LLC_____     Case number (*if known*)__23-54729_____
                          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.   _____
        Name

        _____
        Street

        _____
        City                              State          ZIP Code

Rachel Kines          PO Box 1304  Cedartown, GA          Member          5.26%
Marvin Watson         2074 Poplar Ln  Buford, GA          Member          5.26%

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

(continued)

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Riley Stephens | 3039 Stone Gate Dr NE  Atlanta, GA 30324 | CEO, Member | 34.21% |
| Eckardt Holdings LLC | 3690 N Peachtree Rd  Chamblee, GA 30341 | Member | 28.95% |
| Electrical Specialists, Inc | 535 Reach Blvd Suite 400  Columbus, OH 43215 | Member | 10.53% |
| Stephen Cary | 115 Cartier Ct Roswell, GA 30076 | President, Member | 5.26% |
| Patrick Stephens | 59 Lakeview Dr NE  Atlanta, GA 30317 | Member | 5.26% |
| Daniel Jenkins | 1591 Beeks Rd Williamson, GA 30292 | Member | 5.26% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name<br><br>_____<br>Street<br>_____<br><br>_____<br>City                    State          ZIP Code<br>**Relationship to debtor**<br><br>_____ | _____<br><br><br>_____<br><br>_____<br><br>_____ | _____<br><br><br><br><br><br>_____ | _____ |

Debtor    Eckardt Group, LLC                                    Case number (if known)____23-54729_____
          Name

**Name and address of recipient**

30.2
        _____
        Name

        _____
        Street

        _____

        _____
        City                    State        ZIP Code

        **Relationship to debtor**

        _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☒ No
    ☐ Yes. Identify below.

    **Name of the parent corporation**                    **Employer Identification number of the parent corporation**

    _____                    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☒ No
    ☐ Yes. Identify below.

    **Name of the pension fund**                    **Employer Identification number of the pension fund**

    _____                    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

| Part 14: | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/31/2023
               MM / DD / YYYY

X _____            Printed name  STEPHEN CARY
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  PRESIDENT

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Eckardt Group, LLC      23-54729


Statement of Financial Affairs Part 3:

**7.1**

Agellan Commercial Reit U.S., L.P. v. Eckardt Group, LLC

23EV001403

State Court of Fulton County, 185 Central Avenue SW, Atlanta, Georgia 30303

Breach of Contract

Stayed/Pending

**7.2**

Rexel USA, Inc. v. Eckardt Group, LLC

2023CV375099

Superior Court of Fulton County, 136 Pryor Street SW, Atlanta, Georgia 30303

Open Account

Stayed/Pending

**7.3**

Acousti Doors & Specialties, LLC v. Eckardt Group, LLC

23M01600

Magistrate Court of Dekalb County, 556 N McDonough Street #270, Decatur, Georgia 30030

Breach of Contract

Stayed/Pending

**7.4**

Skyhawk, LLC v. Eckardt Group, LLC

23A02313

State Court of Dekalb County, 556 N McDonough Street, Decatur, Georgia 30030

Complaint on Account

Stayed/Pending

1

Part 6, Question 13.1:

Dates: January 12, 2023

January 20, 2023

January 30, 2023

February 7, 2023

February 10, 2023

February 27, 2023

March 2, 2023

March 16, 2023

March 20, 2023

March 29, 2023

April 3, 2023

April 17, 2023

April 26, 2023

May 19, 2023

Part 7, Question 14:

3690 Peachtree Road: July 2016–February 2022

1280 Oakbrook Drive: September 2022–December 2022

1911 Mountain Industrial: May 2021–February 2023

2970 Brandywine Road, Suite 100: June 2016–May 2021