**Fill in this information to identify the case:**

Debtor name ___Eckardt Group, LLC___

United States Bankruptcy Court for the: ___Northern___    District of ___Georgia___
(State)

Case number (If known): ___23-54729___

☒ Check if this is an amended filing

Official Form 207   **Amended**

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2023<br>MM / DD / YYYY | to Filing date | ☐ Operating a business<br>☒ Other ___collections___ | $ ___unknown___ |
| **For prior year:** | From 1/1/2022<br>MM / DD / YYYY | to 12/31/2022<br>MM / DD / YYYY | ☐ Operating a business<br>☒ Other ___collections___ | unknown - $58,701,541<br>$ ___thru Sept 2022___ |
| **For the year before that:** | From 1/1/2021<br>MM / DD / YYYY | to 12/31/2021<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ ___$83,176,461___ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor **Eckardt Group, LLC**
Name

Case number *(if known)* **23-54729**

---

| Part 2: | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name _____ Street _____ City  State  ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name _____ Street _____ City  State  ZIP Code | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | John Riley Stephens Insider's name Stone Gate Dr NE Street Atlanta  GA  30324 City  State  ZIP Code Relationship to debtor Member, CEO | 6/28/22 8/29/22 9/29/22 - payment made and returned on 9/30 7/1/22 10/1/22 | $473,175.46 | Repayment on $1,750,000 note. $100,000 paid 6/28, 8/29, 9/29 but 9/29 pament was returned $136,587.73 paid 7/1 and 10/1 |
| 4.2. | Mark Smith, CRO Insider's name 691 Wesley Dobbs Avenue SW Street Suite V142 Atlanta, Georgia 30312 City  State  ZIP Code Relationship to debtor Consultant | please see attached sheet | $218,295.36 | CRO/Consulting Fee |

Debtor    Eckardt Group, LLC
_____
Name

Case number *(if known)* 23-54729
_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State          ZIP Code | | | |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See attached sheet. | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City          State          ZIP Code | |

| Debtor | Eckardt Group, LLC | Case number *(if known)* | 23-54729 |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| City          State        ZIP Code | **Case number** | Street |
| | | City          State          ZIP Code |
| | **Date of order or assignment** | |

---

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | Street | | | |
| | City          State        ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| 9.2. | Recipient's name | | | $_____ |
| | Street | | | |
| | City          State        ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

Debtor    **Eckardt Group, LLC**

Name

Case number *(if known)*    23-54729

---

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Schreeder, Wheeler & Flint, LLP | | May 19, 2023 | $ 21,500 |
| | **Address** 1100 Peachtree Street Suite 800 | | | |
| | Street Atlanta, Georgia 30309 | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** swfllp.com | | | |
| | **Who made the payment, if not debtor?** John Riley Stephens | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

---

Debtor      **Eckardt Group, LLC**                                    Case number *(if known)*  23-54729
_____                         _____
Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ <br> _____ | ____._____ | $_____ |
| **Address** <br> _____ <br> Street <br> _____ <br> City        State        ZIP Code <br> **Relationship to debtor** <br> _____ | | | |
| **Who received transfer?** <br> 13.2. _____ | _____ <br> _____ | _____ | $_____ |
| **Address** <br> _____ <br> Street <br> _____ <br> City        State        ZIP Code <br> **Relationship to debtor** <br> _____ | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

1280 Oakbrook Dr         1911 Mountain Industrial
Norcross, GA  30093      Tucker, GA  30084

| Address | Dates of occupancy |
|---|---|
| 14.1. 3690 N Peachtree Rd <br> Street <br> Chamblee        GA        30341 <br> City        State        ZIP Code | From _____ To _____ <br><br> Please see attached sheet. |
| 14.2. 2970 Brandywine Rd, Suite 100 <br> Street <br> Chamblee        GA        30341 <br> City        State        ZIP Code | From _____ To _____ |

---

Debtor  **Eckardt Group, LLC**
Name

Case number (*if known*)  23-54729

---

| Part 8: | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ Facility name | _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City  State  ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ Facility name | _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City  State  ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

| Part 9: | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Debtor | Eckardt Group, LLC | | Case number *(if known)* | **23-54729** |
| | Name | | | |

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Please see attached sheet.<br>Name<br>Street<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br>Street<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | <br>**Address** | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Public Storage<br>Name<br>1755 Indian Trail Lilburn Rd NW<br>Street<br>Norcross    GA    30093<br>City    State    ZIP Code | Stephen Cary<br><br>**Address**<br>115 Cartier Ct<br>Roswell, GA  30076 | Historical financial records | ☐ No<br>☒ Yes |

---

| Debtor | Eckardt Group, LLC | Case number *(if known)* | **23-54729** |
|---|---|---|---|
| | Name | | |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Official Form 207 | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** | page **9** |
|---|---|---|

| Debtor | Eckardt Group, LLC | Case number *(if known)* | 23-54729 |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

**25.1.**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Street | | **Dates business existed** |
| City          State          ZIP Code | | From _____   To _____ |

**25.2.**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Street | | **Dates business existed** |
| City          State          ZIP Code | | From _____   To _____ |

**25.3.**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Street | | **Dates business existed** |
| City          State          ZIP Code | | From _____   To _____ |

Debtor    Eckardt Group, LLC
Name

Case number (if known)    23-54729

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Bennett Thrasher | From 2020 To 2022 |
| Name | |
| 3300 Riverwood Pkwy #700 | |
| Street | |
| Atlanta          GA          30339 | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2.  Wilson Lewis | From 2013 To Present |
| Name | |
| 6650 Sugarloaf Parkway, Suite 900 | |
| Street | |
| Duluth, Georgia 30097 | |
| City          State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | _____ |
| Name | _____ |
| Street | |
| City          State          ZIP Code | |

---

Debtor    Eckardt Group, LLC
_____
Name

Case number *(if known)*  23-54729
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |

26c.2.

Name _____    _____

Street _____    _____

_____    _____

City                State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. |

26d.1.

Name    United Community Bank
_____

Street    2230 Riverside Parkway
_____

Lawrenceville, Georgia 30043
_____

City                State        ZIP Code

| Name and address |
|---|

26d.2.

Name    Travelers Casualty and Surety Company of America
_____

Street    One Tower Square S102A
_____

Hartford, CT 06183
_____

City                State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |

27.1.

Name _____

Street _____

_____

City                State        ZIP Code

Debtor    Eckardt Group, LLC _____    Case number *(if known)* 23-54729 _____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. 
Name _____

Street _____

City _____ State _____ ZIP Code

Rachel Kines              PO Box 1304  Cedartown, GA              Member              5.26%
Marvin Watson             2074 Poplar Ln  Buford, GA              Member              5.26%

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other
people in control of the debtor at the time of the filing of this case.                                              (continued)

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Riley Stephens | 3039 Stone Gate Dr NE  Atlanta, GA 30324 | CEO, Member | 34.21% |
| Eckardt Holdings LLC | 3690 N Peachtree Rd  Chamblee, GA 30341 | Member | 28.95% |
| Electrical Specialists, Inc | 535 Reach Blvd Suite 400  Columbus, OH 43215 | Member | 10.53% |
| Stephen Cary | 115 Cartier Ct Roswell, GA 30076 | President, Member | 5.26% |
| Patrick Stephens | 59 Lakeview Dr NE  Atlanta, GA 30317 | Member | 5.26% |
| Daniel Jenkins | 1591 Beeks Rd Williamson, GA 30292 | Member | 5.26% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control
of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,
bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name _____ | _____ | _____ | _____ |
| Street _____ | | _____ | |
| City _____ State ____ ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor      Eckardt Group, LLC

Case number (*if known*)  23-54729

---

**Name and address of recipient**

30.2

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

_____                    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

**Name of the pension fund**                    **Employer Identification number of the pension fund**

_____                    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 5 / 2023
                MM / DD / YYYY

✗ _____          Printed name  STEPHEN CARY
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  PRESIDENT

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

Part 2, Question 4.2:

Dates: January 12, 2023

October 18, 2022

November 10, 2022

January 20, 2023

January 30, 2023

February 7, 2023

February 10, 2023

February 27, 2023

March 2, 2023

March 16, 2023

March 20, 2023

March 29, 2023

April 3, 2023

April 17, 2023

April 26, 2023

May 19, 2023

Post-petition, Mark Smith received $68,295.36 in fees pursuant to the fee agreement. That number is included in the total amount received.


Part 10, Question 18- these accounts are currently frozen. They have not been closed, sold, moved, or transferred. Additional sums have been deposited and withdrawn by the respective banks from these accounts after the petition date.


18.1

UCB

2 West Washington Street, Suite 700 (West Tower), Greenville, South Carolina 29601

Account number ending in 4610

Checking Account

Petition Date Balance: $62,467.62

Current Balance as of : $839,388.62

Additional deposits from accounts receivable were made by UCB post-petition into this account.


18.2

UCB

2 West Washington Street, Suite 700 (West Tower), Greenville, South Carolina 29601

Account number ending in 5385

Checking Account

Petition Date Balance: $15,692.31

Current Balance: $140

Disbursements were made from this account in the form of wires to the IRS. UCB made late payroll tax payments for work Eckardt Group employees provided for it earlier in the year.


18.3

Truist Bank

214 N. Tryon Street, Charlotte, North Carolina 28202

Account number ending in 2834

Checking Account

Petition Date Balance: $0

Balance: $0