**Fill in this information to identify the case:**

Debtor name: __Eckardt Group, LLC__

United States Bankruptcy Court for the: __Northern__ District of __Georgia__ (State)

Case number (If known): __23-54729__

☒ Check if this is an amended filing

Official Form 206Sum

**Second Amended**

## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ **0**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. $ **839,528.62**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................... $ **839,528.62**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............... $ **9,387,297.80**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................. $ **0**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......... + $ **25,466,873.01**

4. **Total liabilities**.........................................................................................
   Lines 2 + 3a + 3b   $ **34,854,170.81**

Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals    page 1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of **Second Amended Summary of Assets and Liabilities for Non-Individuals** was filed with the Clerk of Court and served on all parties of record via the Court's CM/ECF system on November 28, 2023, on parties requesting notice listed on the attached service list.

This 28th day of November, 2023.

/s/ John A. Christy
_____
JOHN A. CHRISTY
Georgia Bar No. 125518


SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046

# **SERVICE LIST**

Anna Humnicky
Small Herrin, LLP
100 Galleria Parkway
Suite 350
Atlanta, Georgia 30339
ahumnicky@smallherrin.com

R. Jeneane Treace
Office of the United States Trustee
75 Ted Turner Drive, SW, Room 362
Atlanta, Georgia 30303
Jeneane.treace@usdoj.gov

Louis G. McBryan
McBryan, LLC
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, Georgia 30328
lmcbryan@mcbryanlaw.com

Benjamin Rachelson
Adams & Reese, LLP
3424 Peachtree Road NE
Suite 1600
Atlanta, Georgia 30326
Benjamin.rachelson@arlaw.com

Paul G. Durdaller
Brian J. Levy
Burr & Forman, LLP
171 17th Street N.W.
Suite 1100
Atlanta, Georgia 30363
pdurdaller@burr.com
blevy@burr.com

John D. Elrod
Allison J. McGregor
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE Suite 2500
Atlanta, Georgia 30305
elrodj@gtlaw.com
allison.mcgregor@gtlaw.com

Lisa Wolgast
Talia B. Wagner
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
lwolgast@mmmlaw.com
twagner@mmmlaw.com